JS-6

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| AVALON SURGERY AND ROBOTIC CENTER, LLC, a California limited liability company,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>CIGNA HEALTH AND LIFE INSURANCE COMPANY, a Connecticut Corporation DBA CONNECTICUT GENERAL LIFE INSURANCE COMPANY, an operating subsidiary of Cigna Corporation; EMBASSY OF THE STATE OF KUWAIT, an entity representing the government of the State of Kuwait in the United States; KUWAIT CULTURAL OFFICE, a specialized agency of the government of the State of Kuwait; and DOES 1 THROUGH 10 inclusive,<br><br>　　　　　Defendants. | Case No. 2:20−cv−05744 DSF (JEMx)<br>Hon. Dale S. Fischer<br><br><br>**ORDER DISMISSING WITH PREJUDICE** |

1

1  Pursuant to Federal Rule of Civil Procedure 41(a)(1), plaintiff AVALON
2  SURGERY AND ROBOTIC CENTER, LLC and defendants CIGNA HEALTH
3  AND LIFE INSURANCE COMPANY, CONNECTICUT GENERAL LIFE
4  INSURANCE COMPANY, EMBASSY OF THE STATE OF KUWAIT, and
5  KUWAIT CULTURAL OFFICE, hereby stipulate that this action and all claims
6  and defenses asserted therein be dismissed with prejudice, with each party bearing
7  its own attorneys' fees, costs, and expenses.

**SO ORDERED:**

DATED: September 22, 2022        By: _____
                                        Dale S. Fischer
                                        United States District Judge

2